Walter Scott
v.
BEXAR COUNTY
BEXAR COUNTY ADULT DETENTION CENTER

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

SA23CA0189 FB

FILED
FEB - 6 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

- TITLE 42 U.S.C., Ch. 21 (1981-1997J) "Civil Right Remedies
- TORT ACTION CLAIM FOR Physical, mental and emotional Distress

My complaint in this civil action claim is concerning... 1st Amendment Right, Access to the courts claim... Whereas under the 1st and 14th, Inmates (Accused) Retain a right of access to the courts. See Lewis V. Casey, 518 U.S. 343, 346, 116 S. Ct. 2 174 L. Ed. 2d 606 (1996) However; Inmates (Accused) may only proceed on access-to courts claim in two types of cases Challenges (direct or collateral) to their sentences and Conditions of Confinement. See id. at 354-55, 116 S.Ct. 2174. (1.) Has violated my Eighth Amendment (U.S. Constitution), has continued to deny and as well as blocked my attempt to get a reasonable bail set (2.) Has denied me the right to a speedy trial, also in violation of the sixth Amendment. Now whereas concerning my tort action claim and pursuant to my health and my mental and emotional state dealing with these Unconstitutional and timely entrapment, Kidnapping and incarceration. I must show (1.) that I suffered an "actual Injury" well since the 18th day of March, 2019, I have been dealing with physical abuse, mental abuse and emotional abuse an in doing so I feel that BEXAR COUNTY ADULT DETENTION CENTER and it's employee's (officers) are the cause. I have become very unhealthy because of the stress, the intentional infliction of physical, mental and emotional Distress. I have gained over ONE hundred pounds, I have a shortage in breath, aches and pain in my legs and all over my body. Just all type of health problems that I didn't have before I can it to custody of the B.C.A.D.C. have surfaced so with that being said I would like to state a claim for these civil Rights violations and Tort action claim for damage I would

page ①                                                                    copy 1 of 2

like to make a claim of Relief in the amount of $5,000,000.00 and as well as all charges (accusations) against me to be dropped and for my record to be expunged.

I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct. Signed this 29th day of January, 2023

                                            Walter Scott
                                               Plaintiff