UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WALTER SCOTT, <br> # 947026, <br><br> Plaintiff, <br><br> v. <br><br> BEXAR COUNTY; and BEXAR COUNTY ADULT DETENTION CENTER, <br><br> Defendants. | § § § § § § § § § § § § § § SA-23-CV-00189-FB |

## JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Walter Scott's 42 U.S.C. § 1983 Civil Rights Complaint for failure to comply with the Court's Order, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Scott's Section 1983 claims against Defendants, Bexar County and Bexar County Adult Detention Center, are **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Order.

SIGNED this 3rd day of April, 2023.

FRED BIERY
UNITED STATES DISTRICT JUDGE